THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LINE CONSTRUCTION BENEFIT FUND, ) <br> A HEALTH AND WELFARE FUND, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RGC GENERAL ENGINEERING, INC., ) <br> a California Corporation, ) <br> ) <br> Defendant. ) | 1:19-CV-4820 <br><br> Judge Coleman <br><br> Magistrate Judge Gilbert |

## VOLUNTARY DISMISSAL BY PLAINTIFF

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the Plaintiff in the above captioned action, Line Construction Benefit Fund, a Health and Welfare Fund, hereby:

(1) Voluntarily dismisses without prejudice the previously filed action against the Defendant, RGC GENERAL ENGINEERING, INC., a California Corporation, with regard to all claims relating to the period prior to and through March 31, 2019.

Dated this 3rd day of October 2019.

/s/ Robert B. Greenberg
Asher, Gittler & D'Alba, Ltd.
200 West Jackson Boulevard, Suite 720
Chicago, Illinois 60606
(312) 263-1500
Fax: (312) 263-1520
rbg@ulaw.com
IL ARDC#: 01047558

## **CERTIFICATE OF SERVICE**

     ROBERT B. GREENBERG, being duly sworn, says that he is an Attorney associated with Asher, Gittler & D'Alba, Ltd., Attorneys for Plaintiff in this action, and that he served the attached Voluntary Dismissal on upon:

          **Margarita Martinez, Registered Agent**
          **RGC General Engineering, Inc.**
          **1050 Via Maraleste**
          **Chula Vista, CA   91910**

by depositing a copy in the United States mails, postage paid, at 200 West Jackson Boulevard, Chicago, Illinois 60606, on the 3rd day of October 2019.

     Service was accomplished pursuant to ECF as to Filing Users, and Counsel shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

          /s/ Robert B. Greenberg
          Asher, Gittler & D'Alba, Ltd.
          200 West Jackson Boulevard, Suite 720
          Chicago, Illinois 60606
          (312) 263-1500
          Fax: (312) 263-1520
          rbg@ulaw.com
          IL ARDC#:  01047558